STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

Attorneys for Plaintiffs

**FILED**

FEB 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA; CHRISTINE AMARO; MP, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM JANET PALOMINO; MB, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM JESSICA MCGEE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAND; FORMER POLICE CHIEF DAN BELLINI; SERGEANT KRAUSE; SERGEANT DAVIS; OFFICER WRIGHT; OFFICER GRAY; OFFICER LAL and DOES 1-25;<br><br>Defendants. | CASE NO.: 2:18-cv-00329-JAM-KJN<br><br>**ORDER OF APPOINTMENT OF JESSICA MCGEE AS GUARDIAN AD LITEM OF M.B.** |

1

**ORDER**

THE COURT FINDS that it is reasonable and necessary to appoint a Guardian ad Litem for the minor child, M.B., appointed as requested.

THE COURT ORDERS that Jessica McGee, is hereby appointed as the Guardian ad Litem for minor child, M.B.

Dated: 2·13·2018

_____
United States District Court Judge