1  STANLEY GOFF (Bar No. 289564)
   LAW OFFICE OF STANLEY GOFF
2  15 Boardman Place Suite 2
   San Francisco, CA 94103
3  Telephone: (415) 571-9570
   Email: scraiggoff@aol.com

4

   FULVIO F. CAJINA (Bar No. 289126)
5  LAW OFFICE OF FULVIO F. CAJINA
   311 Oak Street, Suite 108
6  Oakland, CA 94607
   Telephone: (415) 601-0779
7  Facsimile: (510) 225-2636
   Email: fulvio@cajinalaw.com

8
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA; CHRISTINE AMARO; MP, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM JANET PALOMINO; MB, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM JESSICA MCGEE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WOODLAND; FORMER POLICE CHIEF DAN BELLINI; SERGEANT KRAUSE; SERGEANT DAVIS; OFFICER WRIGHT; OFFICER GRAY; OFFICER LAL and DOES 1-25;<br><br>Defendants. | CASE NO.: 2:18-cv-00329-JAM-KJN<br><br>**ORDER OF APPOINTMENT OF JANET PALOMINO AS GUARDIAN AD LITEM OF M.P.** |

1

**ORDER**

THE COURT FINDS that it is reasonable and necessary to appoint a Guardian ad Litem for the minor child, M.P., appointed as requested.

THE COURT ORDERS that Janet Palomino, is hereby appointed as the Guardian ad Litem for minor child, M.P.

Dated: 2/13/2018

                                        /s/ John A. Mendez_____
                                        United States District Court Judge