BRUCE A. KILDAY, ESQ., SB No. 66415
 Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SB No. 286902
 Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
CITY OF WOODLAND, SERGEANT KRAUSE,
SERGEANT DAVIS, OFFICER WRIGHT,
OFFICER GRAY, OFFICER LAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA, at al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAND, et al.<br><br>Defendants. | Case No.: 2:18-cv-00329-JAM-KJN<br><br>**STIPULATION AND ORDER TO PROCEED TO A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE** |

All parties hereby stipulate and agree to participate in a settlement conference with the assigned Magistrate Judge in the above-entitled action. The parties hereby waive any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

**IT IS SO STIPULATED.**

Dated: June 19, 2018                                    **ANGELO, KILDAY & KILDUFF, LLP**

                                                                              */s/ Derick Konz*
                                                                    By _____
                                                                              Bruce Kilday
                                                                              Derick Konz
                                                                              Attorneys for DEFENDANTS

1
STIPULATION AND [PROPOSED] ORDER TO PROCEED TO A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 19, 2018 | **LAW OFFICES OF JOHN L. BURRIS** |
| 3 | | */s/ Patrick Buelna* (authorized on 7/1/19) |
| 4 | | By _____ |
| 5 | | Benjamin Nisenbaum<br>Patrick Buelna<br>Attorneys for PLAINTIFFS |

# ORDER

Having considered the stipulation of the parties, the Court hereby orders all parties to participate in a settlement conference with Magistrate Judge Kendall J. Newman, and finds that all parties have waived any claim of disqualification of Magistrate Judge Kendall J. Newman on that basis thereafter.

**IT IS SO ORDERED.**

Dated:   July 1, 2019

                                        /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE