1  BRUCE A. KILDAY, S.B. #66415
     Email: bkilday@akk-law.com
2  DERICK E. KONZ, S.B. #286902
     Email: dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
7
8  Attorneys for Defendants CITY OF WOODLAND, SGT. KRAUSE, SGT. DAVIS, OFFICER WRIGHT, OFFICER GRAY, OFFICER LAL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DANIEL BARRERA, et al. | ) Case No.: 2:18-cv-00329-JAM-KJN |
|---|---|
| Plaintiffs, | ) **STIPULATION TO EXCUSE** |
| vs. | ) **DEFENDANTS SGT. KRAUSE, SGT.** ) **DAVIS, OFFICER WRIGHT, OFFICER** ) **GRAY AND OFFICER LAL FROM** |
| CITY OF WOODLAND, FORMER POLICE CHIEF DAN BELLINI, SERGEANT KRAUSE, SERGEANT DAVIS, OFFICER WRIGHT, OFFICER GRAY, OFFICER LAL, et al., | ) **ATTENDING SETTLEMENT** ) **CONFERENCE; ORDER** ) ) **DATE:** September 24, 2019 ) **TIME:** 9:00 A.M. ) **CRTRM:** 25 |
| Defendants. | ) ) **JUDGE:** Hon. Kendall J. Newman |

The parties hereby submit the following Stipulation excusing individual Defendants SGT. KRAUSE, SGT. DAVIS, OFFICER WRIGHT, OFFICER GRAY and OFFICER LAL ("Defendants") from attending the Settlement Conference scheduled for September 24, 2019, before Magistrate Newman.

Defendants submit good cause exists to excuse their attendance.  No aspect of settlement hinges upon their attendance.  Employees and former employees of a public entity are entitled to be defended and indemnified by the public entity upon request in a civil action against the employee for an act or omission in the scope of employment.  See Cal. Gov. Code § 95.  Further,

the public entity shall pay any compromise or settlement. See Cal. Gov. Code § 825(a). Here, Defendants have requested the City to provide, and the City is so providing, defense and indemnity of the current civil action being brought against them. Thus, any payment of any potential settlement will not come from these individual defendants. Counsel for Defendants will obtain the necessary authority from them. An appropriate authorized City representative will be present at the Settlement Conference with settlement authority.

In light of the foregoing, counsel for Plaintiffs agree to the excuse of these individual defendants' attendance at the Settlement Conference.

Dated: September 20, 2019   LAW OFFICES OF JOHN L. BURRIS

*/s/ Patrick Buelna* (authorized on 9/19/19)
By:_____
BENJAMIN NISENBAUM
PATRICK BUELNA
Attorneys for Plaintiffs

Dated: September 20, 2019   ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick Konz*
By:_____
BRUCE A. KILDAY
DERICK E. KONZ
Attorneys for Defendants

**ORDER**

Good cause appearing, Defendants SGT. KRAUSE, SGT. DAVIS, OFFICER WRIGHT, OFFICER GRAY and OFFICER LAL are hereby excused from personal attendance at the Settlement Conference, currently scheduled for September 24, 2019.

Dated: September 20, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE