UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA, et al., | No. 2:18–cv–329–JAM–KJN |
| Plaintiffs, | <u>ORDER</u> |
| v. | |
| CITY OF WOODLAND, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties, as noted by plaintiff's counsel (ECF No. 40-1 at ¶ 11), IT IS HEREBY ORDERED that the Motion to Shorten Time is GRANTED. Defendants' Opposition to the Motion to Extend Discovery is due Wednesday, July 29, 2020. The Hearing on Plaintiffs' Motion to Extend Discovery will take place on July 30, 2020, at 10:00 a.m.

Dated: July 24, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

barr.329