UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA, et al., | No. 2:18–cv–329–JAM–KJN |
| Plaintiffs, | ORDER STAYING DISCOVERY |
| v. | (ECF No. 40.) |
| CITY OF WOODLAND, et al., | |
| Defendants. | |

On July 30, 2020, the court entertained arguments from the parties regarding plaintiff's motion to extend discovery. (ECF No. 40.) Attorney Patrick Buelna appeared on behalf of plaintiffs, and Attorney Derick Konz appeared on behalf of defendants.

For the reasons stated at the hearing, the court orders all discovery in this case is STAYED until after the district court has ruled on counsel's motion to withdraw. Within 30 days after the withdrawal motion has been resolved, the parties shall file with the court a joint statement with proposed discovery deadlines.[1]

Dated: July 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

barr.329

---

[1] Should the motion to withdraw be granted, and thereafter plaintiffs proceed without the aid of an attorney, this joint statement shall be directed to the undersigned magistrate judge. However, if plaintiffs will be represented by counsel (current or otherwise) after the motion to withdraw has been resolved, this joint statement shall be directed to the assigned district judge.

1