1  BRUCE A. KILDAY, S.B. #66415
      Email: bkilday@akk-law.com
2  DERICK E. KONZ, S.B. #286902
      Email: dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
7
   Attorneys for Defendants CITY OF WOODLAND, SGT. KRAUSE, SGT. DAVIS, OFFICER
8  WRIGHT, OFFICER GRAY, OFFICER LAL

9

10                          UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

| DANIEL BARRERA, et al. | ) Case No.: 2:18-cv-00329-JAM-KJN |
|---|---|
| Plaintiffs, | ) **STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |
| vs. | ) |
| CITY OF WOODLAND, SERGEANT KRAUSE, SERGEANT DAVIS, OFFICER WRIGHT, OFFICER GRAY, OFFICER LAL, et al., | ) |
| Defendants. | ) |

The parties hereby stipulate to and request an Order modifying the Pretrial Scheduling Order (ECF No. 60) as to expert disclosures only, by two weeks.

Currently, the parties are required to make Fed. R. Civ. P. 26(a)(2) expert witness disclosures by **July 23, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) supplemental and rebuttal expert witness disclosures by **August 6, 2021**.  (ECF No. 60 at 5:18-20.)  A scheduling conflict has arisen with one of Defendants' experts and therefore, the parties stipulate to move these two deadlines by two weeks, such that Fed. R. Civ. P. 26(a)(2) disclosures shall be made by **August 6, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) disclosures shall be made by **August 20, 2021**.  This will

not affect the September 24, 2021, discovery deadline; the November 5, 2021, dispositive motion filing deadline; or trial set for April 11, 2022.

Good cause appearing, and pursuant to stipulation, an Order is requested modifying the Pretrial Scheduling Order (ECF No. 60) such that Fed. R. Civ. P. 26(a)(2) disclosures shall be made by **August 6, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) disclosures shall be made by **August 20, 2021.**

**SO STIPULATED.**

Dated: June 17, 2021                                **ANGELO, KILDAY & KILDUFF, LLP**

  */s/ Derick E. Konz*
By:_____
    BRUCE A. KILDAY
    DERICK E. KONZ
    Attorneys for Defendants

Dated: June 17, 2021                                **TAYLOR AND RING; LAW OFFICE OF THOMAS C. SEABAUGH**

  */s/ Neil K. Gehlawat*
              (authorized on 6/17/21)
By:_____
    NEIL K. GEHLAWAT
    THOMAS C. SEABAUGH
    Attorneys for Plaintiffs

### ORDER

The Pretrial Scheduling Order (ECF No. 60) is modified such that Fed. R. Civ. P. 26(a)(2) disclosures shall be made by **August 6, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) disclosures shall be made by **August 20, 2021.**

**SO ORDERED.**

Dated: June 17, 2021                                /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER