TAYLOR & RING
John C. Taylor (SBN 78389)
Neil K. Gehlawat (SBN 289388)
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, CA 90266
Telephone: 310-209-4100
Email: gehlawat@taylorring.com

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq. (SBN 272458)
333 South Grand Ave, 42nd Floor
Los Angeles, CA 90071
Telephone: (213) 225-5850
tseabaugh@seabaughfirm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF WOODLAND, et al.,<br><br>    Defendants. | CASE NO. 2:18-cv-00329-JAM-KJN<br><br>JOINT STIPULATION AND ORDER ADJUSTING EXPERT DISCLOSURE DEADLINES |

**Joint Stipulation**

The parties hereby stipulate to and request an Order modifying the Pretrial Scheduling Order (ECF No. 60) as to expert disclosures only, extending the deadlines by two weeks.

A previous stipulation, which was granted, moved the deadlines by two weeks, and this stipulation would add an additional two weeks, bringing the total departure from the original schedule to one month. This proposed change will not affect the September 24, 2021 discovery deadline; the November 5, 2021, dispositive motion filing deadline; or trial set for April 11, 2022.

Currently, the parties are required to make Fed. R. Civ. P. 26(a)(2) expert witness disclosures by **August 6, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) supplemental and rebuttal expert witness disclosures by **August 20, 2021**. The parties propose to move these two deadlines by two weeks, such that Fed. R. Civ. P. 26(a)(2) disclosures shall be made by **August 20, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) disclosures shall be made by **September 3, 2021**.

The requested change is chiefly to accommodate the schedule of a non-party witness, namely the coroner who performed the autopsy on the decedent in this case. This witness resides out of state and has a busy schedule, which the parties wish to accommodate. However, the parties wish to accomplish his deposition before disclosing expert reports. An extension would help the parties avoid causing undue inconvenience or hardship to this third-party witness. The parties submit that good cause exists to grant this extension because the parties agree, no party will be prejudiced, the grounds are reasonable, and because the no other aspect of the pretrial schedule will be affected.

//

A proposed order is submitted below.

**SO STIPULATED.**

Dated:  July 20, 2021                                             **ANGELO, KILDAY & KILDUFF, LLP**

                                                                               *s/ Derick E. Konz*[1]
                                                                   By:_____
                                                                         BRUCE A. KILDAY
                                                                         DERICK E. KONZ
                                                                         Attorneys for Defendants


Dated:  July 20, 2021                                             **TAYLOR AND RING; LAW OFFICE OF THOMAS C. SEABAUGH**

                                                                               *s/ Thomas C. Seabaugh*
                                                                   By:_____
                                                                         NEIL K. GEHLAWAT
                                                                         THOMAS C. SEABAUGH
                                                                         Attorneys for Plaintiffs


# Proposed Order

The Pretrial Scheduling Order (ECF No. 60) is modified such that Fed. R. Civ. P. 26(a)(2) disclosures shall be made by **August 20, 2021**, and Fed. R. Civ. P. 26(a)(2)(c) disclosures shall be made by **September 3, 2021**.

**SO ORDERED.**

Dated: July 20, 2021                                              /s/ John A. Mendez
                                                                   _____
                                                                   THE HONORABLE JOHN A. MENDEZ
                                                                   UNITED STATES DISTRICT COURT JUDGE

---

[1] Authorized via email 7/19/2021 at 1:49 pm.