| | |
|---|---|
| 1 | BRUCE A. KILDAY, S.B. #66415 |
| 2 |    Email:  bkilday@akk-law.com |
| | DERICK E. KONZ, S.B. #286902 |
| 3 |    Email:  dkonz@akk-law.com |
| | **ANGELO, KILDAY & KILDUFF, LLP** |
| 4 | Attorneys at Law |
| 5 | 601 University Avenue, Suite 150 |
| | Sacramento, CA  95825 |
| 6 | Telephone:  (916) 564-6100 |
| | Telecopier:  (916) 564-6263 |
| 7 | |
| 8 | Attorneys for Defendants CITY OF WOODLAND, SGT. KRAUSE, SGT. DAVIS, OFFICER WRIGHT, OFFICER GRAY, OFFICER LAL |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL BARRERA, et al. | ) | Case No.: 2:18-cv-00329-JAM-KJN |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF MOTION AND MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| vs. | ) | |
| | ) | Date:      **January 11, 2022** |
| CITY OF WOODLAND, et al., | ) | Time:      **1:30 pm** |
| | ) | Crtrm:     **6 (14th Floor)** |
| Defendants. | ) | |
| | ) | **Hon. John A. Mendez** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, on January 11, 2022, at 1:30 p.m. in Courtroom 6 or as soon as thereafter as may be heard at the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF WOODLAND, SGT. KRAUSE, SGT. DAVIS, OFFICER WRIGHT, OFFICER GRAY, OFFICER LAL will move this Court for summary judgment on Plaintiff's Complaint.

      **This motion is made following the conference of counsel pursuant to the Court's standing order which took place on October 7, 2021.  Konz Declaration at ¶ 3.**

      The motion will be based on this Notice of Motion the Memorandum of Points and Authorities filed in support thereof, Defendant's Statement of Undisputed Facts, Defendant's Notice of Lodging, the supporting Declarations and exhibits attached thereto, as well as the

complete files and records in this action and on any such other matters as may be presented at or before the time of hearing.

Dated: November 4, 2021

ANGELO, KILDAY & KILDUFF, LLP

By: /s/ Derick E. Konz
BRUCE A. KILDAY
DERICK E. KONZ
Attorneys for Defendants