1  BRUCE A. KILDAY, S.B. #66415
       Email: bkilday@akk-law.com
2  DERICK E. KONZ, S.B. #286902
       Email: dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
4  601 University Avenue, Suite 150
5  Sacramento, CA 95825
   Telephone: (916) 564-6100
6  Telecopier: (916) 564-6263

7
8  Attorneys for Defendants CITY OF WOODLAND, SGT. KRAUSE, SGT. DAVIS, OFFICER WRIGHT, OFFICER GRAY, OFFICER LAL

9

10                  **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12

13  DANIEL BARRERA, et al.                )  Case No.: 2:18-cv-00329-JAM-KJN
                                          )
14                                        )
                        Plaintiffs,       )  **STIPULATION AND ORDER TO**
15                                        )  **MODIFY ECF NO. 103 TO EXTEND THE**
                                          )  **PARTIES' SUPPLEMENTAL BRIEFING**
16          vs.                           )  **DEADLINE BY 10 DAYS TO APRIL 10,**
                                          )  **2023**
17  CITY OF WOODLAND, et al.,             )
                                          )
18                      Defendants.       )

19        On March 13, 2023, the Ninth Circuit affirmed in part and dismissed and remanded in

20  part this case for the Court to revisit the matter of qualified immunity on Plaintiff's Fourteenth

21  Amendment familial association claim. ECF No. 102. On March 21, 2023, the Court issued a

22  Minute Order that the parties "may file one supplemental brief each, not to exceed ten (10)

23  pages, on the issue within ten (10) days of this minute order." ECF No. 103. The deadline falls

24  on March 31, 2023.

25        Defendants hereby request an Order extending the deadline for the parties to file

26  supplemental briefs by ten (10) additional days to April 10, 2023. Defendants seek this request

27  because counsel for Defendants also have a March 31, 2023 deadline to file an appellate

28  answering brief (E.D. Case No. 2:21-cv-01774-WBS-DB; Ninth Circuit Case No. 22-15696)

and, during the week of March 27-31, are preparing for an April 4, 2023 trial in Fresno that is expected to last two to three days (E.D. Case No. 1:16-cv-01741-JLT-HBK). Accordingly, Defendants seek an Order allowing the parties until April 10, 2023 to file their supplemental briefs.  Counsel for Plaintiffs do not object to the extension.

**SO STIPULATED**.


Dated:  March 23, 2023                          **ANGELO, KILDAY & KILDUFF, LLP**

                                                        */s/ Derick E. Konz*
                                                By:_____
                                                        BRUCE A. KILDAY
                                                        DERICK E. KONZ
                                                        Attorneys for Defendants



 Dated:  March 23, 2023                         **TAYLOR AND RING; LAW OFFICE OF THOMAS C. SEABAUGH**

                                                */s/ Neil. K. Gehlawat* (authorized on 3/23/23)
                                                By:_____
                                                        NEIL K. GEHLAWAT
                                                        THOMAS C. SEABAUGH
                                                        Attorneys for Plaintiffs



### <u>ORDER</u>

        Good cause appearing and on stipulation of the parties, the Court hereby modifies ECF No. 103 to extend the deadline for the parties to submit supplemental briefing by ten (10) days, from March 31, 2023 to **April 10, 2023**.

**SO ORDERED.**


Dated: March 23, 2023                   /s/ John A. Mendez
                                        _____
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE