| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 3 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| DANIEL BARRERA; CHRISTINE AMARO, | No.  23-15981 |
| Plaintiffs-Appellants, | D.C. No. 2:18-cv-00329-JAM-KJN<br>Eastern District of California, Sacramento |
| and | |
| M. P., through her guardian ad litem Janet Palomino; M. B., through her guardian ad litem Jessica McGee, | ORDER |
| Plaintiffs, | |
|   v. | |
| DAVID KRAUSE, Sergeant; et al., | |
| Defendants-Appellees, | |
| and | |
| CITY OF WOODLAND; DAN BELLINI, Former Police Chief, | |
| Defendants. | |

The dial-in telephone assessment conference previously scheduled for August 3, 2023, is canceled.

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Mediation

The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator