TAYLOR & RING
John C. Taylor (SBN 78389)
Neil K. Gehlawat (SBN 289388)
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, CA 90266
Telephone: 310-209-4100
Email: gehlawat@taylorring.com

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq. (SBN 272458)
333 South Grand Ave, 42nd Floor
Los Angeles, CA 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BARRERA, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF WOODLAND, et al., <br><br> Defendants. | Case No.: 2:18-cv-00329-JAM-KJN <br><br> **ORDER ON PLAINTIFFS' UNOPPOSED REQUEST TO SEAL APPLICATION FOR APPROVAL OF MINORS' COMPROMISE** <br><br> <u>Hearing Date</u> <br> January 9, 2024 <br> <u>Hearing Time</u> <br> 1:30 p.m. <br> <u>Courtroom</u> <br> United States Courthouse <br> 501 I Street <br> Sacramento, CA 95814 <br> Courtroom 6, 14th floor |

# ORDER

For the reasons stated in the request (ECF No. 116), the Court **GRANTS** the unopposed request by Plaintiffs pursuant to Local Rule 141 to file under seal their application for Court approval of the minor plaintiffs' settlements in this case, including the attachments and exhibits.

The documents to be filed under seal are the following:

- Notice and Memorandum in Support of Application, Declaration of Thomas C. Seabaugh and Exhibits (31 pages)
- Declaration of Janet Palomino and Exhibit (4 pages)
- Declaration of Jessica McGee and Exhibit (4 pages)
- Proposed Order Approving Minors' Compromise (3 pages)

IT IS SO ORDERED.

Dated: December 05, 2023        /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE